CLOSED, JURY

# U.S. District Court [LIVE]
# Eastern District of TEXAS LIVE (Beaumont)
# CIVIL DOCKET FOR CASE #: 1:07-cv-00639-RHC

Wiechering et al v. C.R. Bard, Inc et al
Assigned to: Judge Ron Clark
Cause: 28:1332 Diversity-Product Liability

Date Filed: 09/19/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Lora Wiechering**
*Individually and as Representative of the Estate of Arthur Halter, Sr.*

represented by **Christopher Thomas Kirchmer**
Provost Umphrey - Beaumont
490 Park St.
P.O. Box 4905
Beaumont, TX 77704-4905
409/835-6000
Fax: 409-813-8614
Email: ckirchmer@provostumphrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arthur Halter, Jr**
*Individually and as Representative of the Estate of Arthur Halter, Sr.*

represented by **Christopher Thomas Kirchmer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tina Marie Glynn**

represented by **Christopher Thomas Kirchmer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Analee Marie Brailas**

represented by **Christopher Thomas Kirchmer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT, TEXAS
BY

**Plaintiff**

**Jodies Lynn Luther**

represented by **Christopher Thomas Kirchmer**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C.R. Bard, Inc**

**Defendant**

**Davol Inc**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/21/2007 | 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 1271268.), filed by Lora Wiechering, Arthur Halter, Jr, Tina Marie Glynn, Jodies Lynn Luther.(Kirchmer, Christopher) Additional attachment added on 9/24/2007 - Civil Cover Sheet (aam, ). Modified on 9/24/2007 (aam, ). (Entered: 09/21/2007) |
| 09/24/2007 | 2 | Magistrate Consent Form sent electronically to plas' atty Christopher Kirchmer. (aam, ) (Entered: 09/24/2007) |
| 10/17/2007 | 3 | WAIVER OF SERVICE returned executed by plaintiffs. C.R. Bard, Inc waiver sent on 9/21/2007, answer due 11/20/2007. (tkd, ) (Entered: 10/18/2007) |
| 10/17/2007 | 4 | WAIVER OF SERVICE returned executed by plaintiffs. Davol Inc waiver sent on 9/21/2007, answer due 11/20/2007. (tkd, ) (Entered: 10/18/2007) |
| 11/05/2007 | 5 | CONDITIONAL TRANSFER ORDER (CTO-6) transferring this action to the District of Rhode Island for inclusion in MDL-1842 in re Kugel Mesh Hernia Patch Products Liability Litigation. Signed by Clerk of the Panel. (tkd, ) (Entered: 11/05/2007) |